AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:20-MJ-24 |
| | ) | |
| MARTIN PIPPINS | ) | Charging District's |
| *Defendant* | ) | Case No. 19-CR-378 (S-1)(DLI) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Eastern   District of   New York  , Brooklyn

*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   4/13/2020            s/Joseph F. Saporito, Jr.

*Judge's signature*

Joseph F. Saporito, Jr., U.S. Magistrate Judge

*Printed name and title*

✎CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Marvin Pippins

FOR:
AT:

LOCATION NUMBER: 5:20-MJ-24

PERSON REPRESENTED (Show your full name):

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
- Magistrate:
- District Court: ▶
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED: $
SOURCES:
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $
DESCRIPTION:

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 4/13/2020

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶

# United States District Court
## Middle District of Pennsylvania (Wilkes-Barre)
## CRIMINAL DOCKET FOR CASE #: 5:20-mj-00024-JFS-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Marvin Pippins | Date Filed: 04/13/2020 |
| Other court case number: 19-CR-378(S-1)(DLI) Eastern District of New York, Brooklyn Division | |

Assigned to: Magistrate Judge Joseph F. Saporito, Jr

**Defendant (1)**

| | | |
|---|---|---|
| **Marvin Pippins** | represented by | **Leo A. Latella**<br>Federal Public Defender's Office<br>Middle District of Pennsylvania<br>201 Lackawanna Avenue<br>Suite 317<br>Scranton, PA 18503-1953<br>570-343-6285<br>Fax: 570-343-6225<br>Email: leo_latella@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| EXTORTION, RACKETEERING, AND THREATS<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Francis P. Sempa**<br>U.S. Attorney's Office<br>235 N. Washington Avenue<br>3rd Floor<br>Scranton, PA 18503<br>Email: fran.sempa@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2020 | 1 | SUPERSEDING INDICTMENT as to Marvin Pippins (1) count(s) 1. (ED NY 19 CR 378) (ms) (Entered: 04/13/2020) |
| 04/13/2020 | 2 | COURT REPORTER NOTES re Marvin Pippins filed by L. Boyanowski, RMR, CRR of Rule 5 and 40 before Judge Saporito on 4/13/20. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Saporito on 4/13/20. By s/ L. Boyanowski, RMR, CRR. (Court Reporter Notes are viewable by court staff only). (Boyanowski, Laura) (Entered: 04/13/2020) |
| 04/13/2020 | 3 | (Court only) Minute Entry for proceedings held before Magistrate Judge Joseph F. Saporito, Jr:Initial Appearance in Rule 40 Proceedings as to Marvin Pippins held on 4/13/2020 (Court Reporter Laura Boyanowski.) Total Time in Court [:20] (ms) (Entered: 04/13/2020) |
| 04/13/2020 | 4 | CJA 23 Financial Affidavit by Marvin Pippins (ms) (Entered: 04/13/2020) |
| 04/13/2020 | 5 | ORDER APPOINTING CJA ATTORNEY OR FEDERAL PUBLIC DEFENDER as to Marvin Pippins. Federal Public Defender, Scranton, Leo A. Latella, appointed. Signed by Magistrate Judge Joseph F. Saporito, Jr on 4/13/20. (ms) (Entered: 04/13/2020) |
| 04/13/2020 | 6 | WAIVER of Rule 5(c)(3) Hearings by Marvin Pippins (ms) (Entered: 04/13/2020) |
| 04/13/2020 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Marvin Pippins. Signed by Magistrate Judge Joseph F. Saporito, Jr on 4/13/20. (ms)(Copy to Scranton Marshal from Chambers) (Entered: 04/13/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 5:20-MJ-24 |
| | : | |
| v. | : | (SAPORITO, M.J.) |
| | : | |
| MARVIN PIPPINS | : | |
| | : | |
| Defendant | : | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

**NOW, this 13th day of April, 2020,** the above-named defendant having requested an attorney without payment of fee, and having completed the required Financial Affidavit (Form CJA 23) in support of said request, and having certified same to be correct;

AND, the Court being satisfied that said individual neither is financially able to obtain counsel nor is waiving the right to counsel;

IT IS ORDERED THAT the Federal Public Defender for the Middle District of Pennsylvania, 201 Lackawanna Avenue, Suite 317, Scranton, Pennsylvania 18503-1953, be and hereby is appointed to represent the defendant in all matters pertaining to the above-captioned action.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
___MIDDLE District of PENNSYLVANIA___

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   5:20-MJ-0024 |
| | ) | |
| MARVIN PIPPINS | ) | Charging District's Case No.   19 CR 378(S-1)(DLI) |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)*  Eastern District of New York                .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    4/13/2020                                            /s Marvin Pippins
                                                              *Defendant's signature*

                                                              /s Leo A. Latella
                                                              *Signature of defendant's attorney*

                                                              Leo A. Latella
                                                              *Printed name of defendant's attorney*